Name and address:
Graham B. Lippsmith (SBN 221984)
LIPPSMITH LLP
555 S. Flower Street, Suite 4400
Los Angeles, California 90071

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| MICHAEL MCGINNIS and CYNDY BOULTON, individually, and on behalf of all others similarly situated;<br><br>Plaintiff(s)<br><br>v.<br><br>COMMUNITY.COM, INC.;<br><br>Defendant(s). | CASE NUMBER<br><br>2:23-cv-02426-MCS-AFM<br><br>ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE* |
| --- | --- |

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Glapion, Jeremy M.                          of

*Applicant's Name (Last Name, First Name & Middle Initial)*

732-455-9737

*Telephone Number          Fax Number*

jmg@glapionlaw.com

*E-Mail Address*

Glapion Law Firm
1704 Maxwell Drive
Wall, NJ 07719

*Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**

Plaintiffs Michael McGinnis and Cyndy Boulton

*Name(s) of Party(ies) Represented*                    ☒ *Plaintiff(s)* ☐ *Defendant(s)* ☐ *Other:* _____

**and designating as Local Counsel**

LippSmith, Graham B.                          of

*Designee's Name (Last Name, First Name & Middle Initial)*

221984          (213) 344-1820          (213) 513-2495

*Designee's Cal. Bar No.     Telephone Number          Fax Number*

g@lippsmith.com

*E-Mail Address*

LIPPSMITH LLP
555 S. Flower Street, Suite 4400
Los Angeles, California 90071

*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☒ GRANTED.

☐ DENIED: ☐ for failure to pay the required fee.

☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.

☐ for failure to complete Application: _____

☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.

☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office in District.

☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded ☒ not be refunded.

**Dated**      April 11, 2023

_____
**U.S. District Judge**