Graham B. LippSmith (SBN 221984)
g@lippsmith.com
MaryBeth LippSmith (SBN 223573)
mb@lippsmith.com
Jaclyn L. Anderson (SBN 258609)
jla@lippsmith.com
**LIPPSMITH LLP**
555 S. Flower Street, Suite 4400
Los Angeles, California 90071
Tel: (213) 344-1820 / Fax: (213) 513-2495

Jeremy M. Glapion
*Admitted Pro Hac Vice*
jmg@glapionlaw.com
**GLAPION LAW FIRM**
1704 Maxwell Drive
Wall, New Jersey 07719
Tel: (732) 455-9737 / Fax: (732) 965-8006

Jason T. Dennett (WSBA #30686)
*Admitted Pro Hac Vice*
jdennett@tousley.com
Kaleigh N. Boyd (WSBA #52684)
*Admitted Pro Hac Vice*
kboyd@tousley.com
**TOUSLEY BRAIN STEPHENS PLLC**
1200 Fifth Avenue, Suite 1700
Seattle, Washington 98101-3147
Tel: (206) 682-5600 / Fax: (206) 682-2992

Attorneys for Plaintiffs and the Class

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL MCGINNIS and CYNDY BOULTON, individually, and on behalf of all others similarly situated;<br><br>Plaintiffs,<br>v.<br><br>COMMUNITY.COM, INC.;<br><br>Defendant. | Civil Case No.: 2:23-cv-02426-SB-JPR<br><br>**PROOF OF SERVICE OF:**<br><br>1) **SUMMONS;**<br>2) **CLASS ACTION COMPLAINT;**<br>3) **CIVIL COVER SHEET;**<br>4) **CERTIFICATION AND NOTICE OF INTERESTED PARTIES;** |

**PROOF OF SERVICE**

5) NOTICE OF ASSIGNMENT TO UNITED STATES JUDGES;
6) NOTICE TO COUNSEL RE CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE;
7) NOTICE TO PARTIES OF COURT-DIRECTED ADR PROGRAM;
8) INITIAL STANDING ORDER FOR CIVIL CASES ASSIGNED TO JUDGE MARK C. SCARSI;
9) ORDER RE TRANSFER PURSUANT TO GENERAL ORDER 21-01 (RELATED CASES);
10) STANDING ORDER FOR CIVIL CASES ASSIGNED TO JUDGE STANLEY BLUMENFELD, JR.;
11) APPLICATION OF NON-RESIDENT ATTORNEY, JASON T. DENNETT, TO APPEAR IN A SPECIFIC CASE PRO HAC VICE;
12) APPLICATION OF NON-RESIDENT ATTORNEY, KALEIGH N. BOYD, TO APPEAR IN A SPECIFIC CASE PRO HAC VICE;
13) APPLICATION OF NON-RESIDENT ATTORNEY, JEREMY M. GLAPION, TO APPEAR IN A SPECIFIC CASE PRO HAC VICE;
14) NOTICE OF ERRATA RE: DECLARATION OF JEREMY M. GLAPION RE NOTICE OF PRO HAC VICE APPLICATION DUE;
15) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY, JASON T. DENNETT, TO APPEAR IN A SPECIFIC CASE PRO HAC VICE;

**PROOF OF SERVICE**

16) **ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY, KALEIGH N. BOYD, TO APPEAR IN A SPECIFIC CASE PRO HAC VICE; AND**

17) **ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY, JEREMY M. GLAPION, TO APPEAR IN A SPECIFIC CASE PRO HAC VICE**

**PROOF OF SERVICE**

POS-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*: | FOR COURT USE ONLY |
|---|---|
| Graham LippSmith, 221984<br>LippSmith LLP<br>555 S. Flower Street, Suite 4400<br>Los Angeles, CA 90071<br>TELEPHONE NO.: 213-344-1820<br>ATTORNEY FOR *(Name)*: Plaintiff | |

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF**
United States District Court, Central District of California
350 W. First Street
Los Angeles, CA 90012

| PLAINTIFF/PETITIONER: Michael McGinnis, et al. | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: Community.com, Inc. | 2:23-cv-02426-SB-JPR |

| PROOF OF SERVICE OF SUMMONS | Ref. No. or File No.: 23002 |
|---|---|

1. At the time of service I was a citizen of the United States, at least 18 years of age and not a party to this action.
2. I served copies of: Complaint, Civil Cover Sheet, Summons, Certification and Notice of Interested Parties, Notice of Assignment, Notice to Parties of Court-Directed ADR Program, Notice to Counsel Re Consent to Proceed, Application of Non-Resident Attorney to Appear in a Specific Case Pro Hac Vice, Application of Non-Resident Attorney to Appear in a Specific Case Pro Hac Vice, Application of Non-Resident Attorney to Appear in a Specific Case Pro Hac Vice, Notice of Errata, Initial Standing Order, Order on Application of Non-Resident Attorney to Appear in a Specific Case Pro Hac Vice, Order on Application of Non-Resident Attorney to Appear in a Specific Case Pro Hac Vice, Order re Transfer, Order on Application of Non-Resident Attorney to Appear in a Specific Case Pro Hac Vice, Standing Order for Civil Cases

3. a. Party served: Community.com, Inc.
   b. Person Served: Corporate Creations Network Inc.—Curt Sweltz - Person Authorized to Accept Service of Pro
4. Address where the party was served: 3411 Silverside Rd, Suite 104
   Wilmington, DE 19810
5. I served the party
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on (date): 04/25/2023  (2) at (time): 1:22PM
6. The "Notice to the Person Served" (on the summons) was completed as follows:

   d. on behalf of:

Community.com, Inc.
under:

7. **Person who served papers**
   a. Name: Sharlene Brooks
   b. Address: One Legal - P-000618-Sonoma
      1400 North McDowell Blvd, Ste 300
      Petaluma, CA 94954
   c. Telephone number: 415-491-0606
   d. The fee for service was: $ 200.00
   e I am:
      (1) Not a registered California process server.

8. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.
Date: 04/25/2023

Sharlene Brooks
(NAME OF PERSON WHO SERVED PAPERS)                              (SIGNATURE)

Form Adopted for Mandatory Use
Judicial Council of California POS-010
[Rev. Jan 1, 2007]

**PROOF OF SERVICE OF SUMMONS**

Code of Civil Procedure, § 417.10
OL# 20266919