1 | TIFFANY CHEUNG (CA SBN 211497)
TCheung@mofo.com
2 | MICHAEL BURSHTEYN (CA SBN 295320)
MBurshteyn@mofo.com
3 | EMANI OAKLEY (CA SBN 347705)
EOakley@mofo.com
4 | MORRISON & FOERSTER LLP
425 Market Street
5 | San Francisco, California  94105-2482
Telephone: 415.268.7000
6 | Facsimile: 415.268.7522

7 | NANCY R. THOMAS (CA SBN 236185)
NThomas@mofo.com
8 | MORRISON & FOERSTER LLP
707 Wilshire Boulevard, Suite 6000
9 | Los Angeles, California  90017-3543
Telephone: 213.892.5200
10 | Facsimile: 213.892.5454

11 | Attorneys for Defendant
COMMUNITY.COM, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL MCGINNIS and CYNDY BOULTON, individually, and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>COMMUNITY.COM, INC.,<br><br>Defendant. | Case No. 2:23-cv-02426-MCS (AFMx)<br><br>**STIPULATION EXTENDING TIME TO RESPOND TO INTIAL COMPLAINT**<br><br>Complaint served:        Apr. 25, 2023<br>Current response date:   May 16, 2023<br>Proposed response date: July 17, 2023 |

1
STIPULATION EXTENDING TIME TO RESPOND TO INITIAL COMPLAINT
sf-5549979

Plaintiffs Michael McGinnis and Cyndy Boulton ("Plaintiffs") and Defendant Community.com, Inc. ("Community") (collectively, the "Parties"), by and through their undersigned counsel, hereby stipulate and agree as follows:

WHEREAS, Plaintiffs filed their Complaint on March 31, 2023 and served Community on or around April 25, 2023;

WHEREAS, the current deadline for Community to respond to the Complaint is May 16, 2023;

WHEREAS, Community contends that Plaintiff McGinnis agreed to arbitrate this dispute and the Parties are discussing this contention and exchanging relevant documents to try to avoid the need to brief Community's planned motion to compel arbitration;

WHEREAS, the Parties also are discussing Community's planned motion to dismiss the Complaint;

WHEREAS, in light of these discussions, the Parties have conferred and agree to extend Community's current deadline to answer or otherwise respond to the Complaint by sixty (60) days to July 17, 2023;

WHEREAS, there is good cause to extend the time for Defendant to respond to Complaint because doing so will permit the parties to continue their discussions regarding how to proceed efficiently in light of arbitration considerations and the related prior action; and

WHEREAS, no prior requests for extensions have been made in this case.

NOW THEREFORE, it is agreed and stipulated, subject to the approval of the Court, that the deadline for Community to respond to the Complaint is extended to July 17, 2023.

///
///
///
///

| | | | |
|---|---|---|---|
| 1 | Dated: | May 12, 2023 | **MORRISON & FOERSTER LLP** |
| 2 | | | |
| 3 | | | By:   */s/ Nancy R. Thomas* |
| 4 | | |       Nancy R. Thomas |
| 5 | | | Attorneys for Defendant COMMUNITY.COM, INC. |
| 6 | Dated: | May 12, 2023 | **LIPPSMITH LLP** |
| 7 | | | |
| 8 | | | By:   */s/ Graham B. LippSmith* |
| 9 | | |       Graham B. LippSmith |
| 10 | | | Attorneys for Plaintiffs and the Class |

**ATTESTATION**

Pursuant to Civil L.R. 5-4.3.4, I, Nancy R. Thomas, as the ECF user under whose credentials this document is filed, attest that concurrence in the filing of this document has been obtained from each of the other signatories. I further attest that I have on file all holographic signatures corresponding to any signatures indicated by a conformed signature within this e-filed document. I declare under penalty of perjury under the laws of California and the United States of America that the foregoing is true and correct. Executed at Los Angeles, California this 12th day of May, 2023.

                                    */s/ Nancy R. Thomas*
                                    NANCY R. THOMAS