UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL MCGINNIS and CYNDY BOULTON, individually, and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>COMMUNITY.COM, INC.,<br><br>Defendants. | Case No. 2:23-cv-02426-MCS(AFMx)<br><br>**[PROPOSED] ORDER GRANTING STIPULATION EXTENDING TIME TO RESPOND TO INITIAL COMPLAINT** |

Based on the Stipulation to Extend Defendant's Time to Respond to Initial Complaint, and for good cause shown,

**IT IS HEREBY ORDERED** that Community.com, Inc. will respond to the Complaint on or before July 17, 2023.

**IT IS SO ORDERED.**

Dated:

_____
Stanley Blumenfeld, Jr.
United States District Judge