UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL MCGINNIS and CYNDY BOULTON, individually, and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>COMMUNITY.COM, INC.,<br><br>Defendants. | Case No. 2:23-cv-02426-SB-JPR<br><br>**ORDER**<br>**GRANTING STIPULATION EXTENDING TIME TO RESPOND TO INITIAL COMPLAINT** |

Based on the Stipulation to Extend Defendant's Time to Respond to Initial Complaint, Dkt. No. 23, **IT IS HEREBY ORDERED** that Community.com, Inc. will respond to the Complaint on or before July 17, 2023.

The extension request appears excessive.  Nevertheless, the Court will grant it with a reminder that the pretrial and trial deadlines will be based on *the original response date* (May 16, 2023), so the parties should be prepared to move quickly and diligently.  The Court also notes that it expects any arbitration issues to be resolved promptly.  The parties are ordered to reproduce this paragraph in full in their Rule 26(f) status report.

Dated:  May 15, 2023

Stanley Blumenfeld, Jr.
United States District Judge