Graham B. LippSmith (SBN 221984)
g@lippsmith.com
MaryBeth LippSmith (SBN 223573)
mb@lippsmith.com
Jaclyn L. Anderson (SBN 258609)
jla@lippsmith.com
**LIPPSMITH LLP**
555 S. Flower Street, Suite 4400
Los Angeles, California 90071
Tel: (213) 344-1820 / Fax: (213) 513-2495

Jeremy M. Glapion
*Admitted Pro Hac Vice*
jmg@glapionlaw.com
**GLAPION LAW FIRM**
1704 Maxwell Drive
Wall, New Jersey 07719
Tel: (732) 455-9737 / Fax: (732) 965-8006

Jason T. Dennett (WSBA #30686)
*Admitted Pro Hac Vice*
jdennett@tousley.com
Kaleigh N. Boyd (WSBA #52684)
*Admitted Pro Hac Vice*
kboyd@tousley.com
**TOUSLEY BRAIN STEPHENS PLLC**
1200 Fifth Avenue, Suite 1700
Seattle, Washington 98101-3147
Tel: (206) 682-5600 / Fax: (206) 682-2992

Attorneys for Plaintiffs and the Class

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL MCGINNIS and CYNDY BOULTON, individually, and on behalf of all others similarly situated;<br><br>Plaintiffs,<br><br>v.<br><br>COMMUNITY.COM, INC.;<br><br>Defendant. | Civil Case No.: 2:23-cv-02426-SB-JPR<br><br>**STIPULATION TO DISMISS CLAIMS BASED ON DISMISSAL IN PRIOR RELATED MATTER** |

On March 18, 2021, Shawn Adler and Gavin McDonough filed *Adler v. Community.com, Inc.*, 21-cv-2416 (C.D. Cal.). [*Adler*, Dkt. 1.] The *Adler* case was assigned to this Court on March 19, 2021. [*Adler*, Dkt. 6.] The plaintiffs filed an amended complaint in that matter on April 5, 2021. [*Adler*, Dkt. 14.]

On June 8, 2021, Defendant moved to dismiss the *Adler* matter ("Motion"). On August 2, 2021, the Court granted in part and denied in part the Motion. [*Adler*, Dkt. 32.] Specifically, the Court dismissed the Telephone Consumer Protection Act ("TCPA") claims with prejudice, dismissed claims made under the Wiretap Act § 2511 and the California Invasion of Privacy Act ("CIPA") § 631 without leave to amend, and denied the motion to dismiss claims made under CIPA §§ 632 and 632.7.

In its decision regarding the Wiretap Act and the CIPA § 631 claims dismissed without leave to amend, the Court wrote, "If Plaintiffs learn additional facts in discovery that would cure the legal deficiencies identified in this order, they may seek leave to amend to re-plead these dismissed claims." [*Adler*, Dkt. 32.]

Plaintiffs Adler and McDonough subsequently voluntarily dismissed their claims with prejudice. [*Adler*, Dkt. 42.]

On March 31, 2023, Plaintiffs McGinnis and Boulton filed the instant matter against Community.com, Inc. with primarily the same counsel that represented plaintiffs in the *Adler* matter. [Dkt. 1.] Except for claims under the TCPA, which were pled in *Adler* but are not pled here, the causes of action in *Adler* are identical to the causes of action pled here. The Defendant, Community.com, Inc., is identical in both cases.

After Plaintiffs named *Adler* as a Related Case in the Civil Cover Sheet [Dkt. 2], the Court transferred this action to this Court by Order dated April 7, 2023 [Dkt. 17].

Plaintiffs in this matter re-pled the CIPA § 631 and Wiretap Act claims that were dismissed without leave to amend in *Adler* for purposes of preservation.

2
**STIPULATION TO DISMISS CLAIMS**

1 Further, Defendant would seek to dismiss the Wiretap Act and CIPA § 631 claims
2 on the same grounds raised in its *Adler* motion to dismiss. [*Adler*, Dkt. 32.]

3     Accordingly, the Parties jointly incorporate by reference their arguments
4 made with respect to the Wiretap Act and CIPA § 631 in the *Adler* Motion briefing
5 and argument [*Adler* Dkts. 23, 25, 29, and 31] for both parties' preservation
6 purposes, and respectfully ask that the Court dismiss the Wiretap Act and CIPA
7 § 631 claims on the same terms as in *Adler*: without leave to amend, but with
8 permission to seek leave to amend the complaint should discovery on any surviving
9 claims cure the legal deficiencies identified in the Court's order on the *Adler* Motion.
10 Unless such leave is granted, the Parties agree that discovery will relate only to the
11 remaining claims, if any, that survive Defendant's forthcoming motion to dismiss.

Dated:  July 12, 2023      **LIPPSMITH LLP**

By:   /s/ *Jaclyn L. Anderson*
       GRAHAM B. LIPPSMITH
       MARYBETH LIPPSMITH
       JACLYN L. ANDERSON

**TOUSLEY BRAIN STEPHENS PLLC**
JASON T. DENNETT
KALEIGH N. BOYD

**GLAPION LAW FIRM, LLC**
JEREMY M. GLAPION

*Attorneys for Plaintiffs*

**MORRISON & FOERSTER LLP**

By:   /s/ *Nancy R. Thomas*
       TIFFANY CHEUNG
       MICHAEL BURSHTEYN
       NANCY R. THOMAS

*Attorneys for Defendant*
COMMUNITY.COM INC.

## **ATTESTATION**

Pursuant to Civil L.R. 5-4.3.4, I, Jaclyn L. Anderson, as the ECF user under whose credentials this document is filed, attest that concurrence in the filing of this document has been obtained from each of the other signatories.

I declare under penalty of perjury under the laws of California and the United States of America that the foregoing is true and correct. Executed at Los Angeles, California this 12th day of July, 2023.

　　　　　　　　　　　　　　　　　/s/ *Jaclyn L. Anderson*
　　　　　　　　　　　　　　　　　JACLYN L. ANDERSON