| | |
|---|---|
| 1 | TIFFANY CHEUNG (CA SBN 211497) |
|   | TCheung@mofo.com |
| 2 | MICHAEL BURSHTEYN (CA SBN 295320) |
|   | MBurshteyn@mofo.com |
| 3 | EMANI OAKLEY (CA SBN 347705) |
|   | EOakley@mofo.com |
| 4 | MORRISON & FOERSTER LLP |
|   | 425 Market Street |
| 5 | San Francisco, California  94105-2482 |
|   | Telephone: 415.268.7000 |
| 6 | Facsimile: 415.268.7522 |
| 7 | NANCY R. THOMAS (CA SBN 236185) |
|   | NThomas@mofo.com |
| 8 | MORRISON & FOERSTER LLP |
|   | 707 Wilshire Boulevard, Suite 6000 |
| 9 | Los Angeles, California  90017-3543 |
|   | Telephone: 213.892.5200 |
| 10 | Facsimile: 213.892.5454 |
| 11 | Attorneys for Defendant |
|    | COMMUNITY.COM, INC. |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL MCGINNIS and CYNDY BOULTON, individually, and on behalf of all others similarly situated,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>COMMUNITY.COM, INC.,<br><br>　　　　　Defendant. | Case No. 2:23-cv-02426-SB (JPRx)<br><br>**NOTICE OF DESIGNATION OF LEAD COUNSEL FOR DEFENDANT COMMUNITY.COM, INC.**<br><br>Judge:　Hon. Stanley Blumenfeld, Jr.<br><br>Date Action Filed:　March 31, 2023<br>Trial Date:　Not Yet Set |

1 | In accordance with the Court's Standing Order for Civil Cases and July 12, 2023 Order (ECF No. 27), Community.com, Inc. designates Nancy R. Thomas as lead counsel in this action.

Dated: July 12, 2023

MORRISON & FOERSTER LLP

By: /s/ Nancy R. Thomas
Nancy R. Thomas

***Attorneys for Defendant
Community.com, Inc.***