NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER

NANCY R. THOMAS (CA SBN 236185)
NThomas@mofo.com
MORRISON & FOERSTER LLP
707 Wilshire Boulevard, Suite 6000
Los Angeles, California  90017-3543
Telephone: 213.892.5200
Facsimile: 213.892.5454

ATTORNEY(S) FOR: Community.com, Inc.

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

Michael McGinnis and Cyndy Boulton, individually, and on behalf of all others similarly situated,

Plaintiff(s),

v.

Community.com, Inc.

Defendant(s)

CASE NUMBER:

2:23-cv-02426-SB (JPRx)

**CERTIFICATION AND NOTICE
OF INTERESTED PARTIES
(Local Rule 7.1-1)**

TO:   THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for Community.com, Inc. or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case.  These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| Community.com, Inc. | Defendant; Community.com, Inc. is a privately held company with no parent company, subsidiaries, or affiliates. Salesforce, Inc. indirectly owns more than 10% of Community's outstanding stock. |
| Michael McGinnis | Plaintiff |
| Cyndy Boulton | Plaintiff |

7/12/2023
Date

/s/ Nancy R. Thomas
Signature

Attorney of record for (or name of party appearing in pro per):

Community.com, Inc.