Name and address:

Elisabeth A. Hutchinson (SBN 46569)
MORRISON & FOERSTER LLP
370 17th Street, Suite 4200
Denver, CO 80202

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL MCGINNIS and CYNDY BOULTON, individually, and on behalf of all others similarly situated; <br><br>Plaintiff(s), <br><br> v. <br><br> COMMUNITY.COM, INC.; <br><br> Defendant(s), | CASE NUMBER 2:23-cv-02426-SB-JPR <br><br> APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE* |

**INSTRUCTIONS FOR APPLICANTS**

(1) *The attorney seeking to appear pro hac vice must complete Section I of this Application, personally sign, in ink, the certification in Section II, and have the designated Local Counsel sign in Section III. **ELECTRONIC SIGNATURES ARE NOT ACCEPTED.** Space to supplement responses is provided in Section IV. The applicant must also attach a Certificate of Good Standing (issued within the last 30 days) from every state bar to which he or she is admitted; failure to do so will be grounds for denying the Application. Scan the completed Application with its original ink signature, together with any attachment(s), to a single Portable Document Format (PDF) file.*

(2) *Have the designated Local Counsel file the Application electronically using the Court's electronic filing system ("Motions and Related Filings => Applications/Ex Parte Applications/Motions/Petitions/Requests => Appear Pro Hac Vice (G-64)"), attach a Proposed Order (using Form G-64 ORDER, available from the Court's website), and pay the required $500 fee online at the time of filing (using a credit card). The fee is required for each case in which the applicant files an Application. Failure to pay the fee at the time of filing will be grounds for denying the Application.* **Out-of-state federal government attorneys are not required to pay the $500 fee.** *(Certain attorneys for the United States are also exempt from the requirement of applying for pro hac vice status. See L.R. 83-2.1.4.) A copy of the G-64 ORDER in Word or WordPerfect format must be emailed to the generic chambers email address. L.R. 5-4.4.2.*

## SECTION I - INFORMATION

Elisabeth A. Hutchinson
_____
*Applicant's Name (Last Name, First Name & Middle Initial)*          check here if federal government attorney ☐

Morrison Foerster
_____
*Firm/Agency Name*

370 17th Street, Suite 4200            303-592-5678              303-592-1510
_____  _____   _____
*Street Address*                        *Telephone Number*          *Fax Number*

Denver, CO 80202                       EHutchinson@mofo.com
_____   _____
*City, State, Zip Code*                 *E-mail Address*

**I have been retained to represent the following parties:**

Community.Com, Inc.         ☐ *Plaintiff(s)* ☒ *Defendant(s)* ☐ *Other:* _____
                             ☐ *Plaintiff(s)* ☐ *Defendant(s)* ☐ *Other:* _____
*Name(s) of Party(ies) Represented*

List all state and federal courts (including appellate courts) to which the applicant has been admitted, and provide the current status of his or her membership. Use Section IV if more room is needed, or to provide additional information.

| Name of Court | Date of Admission | Active Member in Good Standing? (if not, please explain) |
|---|---|---|
| Colorado Supreme Court | 11/4/2013 | Yes |
| Wyoming Supreme Court | 10/25/2016 | Yes |
| Illinois Supreme Court | 9/27/2022 | Yes |

List all cases in which the applicant has applied to this Court for *pro hac vice* status in the previous three years (continue in Section IV if needed):

| Case Number | Title of Action | Date of Application | Granted / Denied? |
|---|---|---|---|
| n/a | | | |
| | | | |
| | | | |
| | | | |
| | | | |

If any *pro hac vice* applications submitted within the past three (3) years have been denied by the Court, please explain:

Attorneys must be registered for the Court's electronic filing system to practice pro hac vice in this Court. Submission of this Application will constitute your registration (or re-registration) to use that system. If the Court signs an Order granting your Application, visit www.pacer.gov to complete the registration process and activate your e-filing privileges in the Central District of California.

### SECTION II - CERTIFICATION

I declare under penalty of perjury that:

(1) All of the above information is true and correct.
(2) I am not a resident of the State of California. I am not regularly employed in, or engaged in substantial business, professional, or other activities in the State of California.
(3) I am not currently suspended from and have never been disbarred from practice in any court.
(4) I am familiar with the Court's Local Civil and Criminal Rules, the Federal Rules of Civil and Criminal Procedure, and the Federal Rules of Evidence.
(5) I designate the attorney listed in Section III below, who is a member in good standing of the Bar of this Court and maintains an office in the Central District of California for the practice of law, in which the attorney is physically present on a regular basis to conduct business, as local counsel pursuant to Local Rule 83-2.1.3.4.

Dated 7/12/2023

Elisabeth A. Hutchinson
*Applicant's Name (please type or print)*

*[signature]*
*Applicant's Signature*

## SECTION III - DESIGNATION OF LOCAL COUNSEL

Thomas, Nancy R.

*Designee's Name (Last Name, First Name & Middle Initial)*

Morrison Foerster

*Firm/Agency Name*

707 Wilshire Blvd., Suite 6000

*Street Address*

Los Angeles, CA 90017-3543

*City, State, Zip Code*

213-892-5200

*Telephone Number*

213-892-5454

*Fax Number*

NThomas@mofo.com

*Email Address*

236185

*Designee's California State Bar Number*

I hereby consent to the foregoing designation as local counsel, and declare under penalty of perjury that I maintain an office in the Central District of California for the practice of law, in which I am physically present on a regular basis to conduct business.

Dated  July 12, 2023

Nancy R. Thomas

*Designee's Name (please type or print)*

/s/ Nancy R. Thomas

*Designee's Signature*

## SECTION IV - SUPPLEMENT ANSWERS HERE (ATTACH ADDITIONAL PAGES IF NECESSARY)


Case 2:23-cv-02426-SB-JPR   Document 31   Filed 07/14/23   Page 4 of 6   Page ID #:154



# SUPREME COURT
## State of Colorado.

**STATE OF COLORADO, ss:**

I, **Cheryl Stevens**, Clerk of the Supreme Court of the State of Colorado, do hereby certify that

**Elisabeth Ann Hutchinson**

has been duly licensed and admitted to practice as an

### ATTORNEY AND COUNSELOR AT LAW

within this State; and that his/her name appears upon the Roll of Attorneys

and Counselors at Law in my office of date the **4th**

day of **November** A.D. **2013** and that at the date

hereof the said **Elisabeth Ann Hutchinson** is in good standing

at this Bar.



IN WITNESS WHEREOF, I have hereunto subscribed my name and affixed the Seal of said Supreme Court, at Denver, in said State, this **6th** day of **July** A.D. **2023**

*Cheryl Stevens*
                                Clerk

By _[signature]_
                           Deputy Clerk

# CERTIFICATE OF THE CLERK OF THE
# SUPREME COURT
# OF THE
# STATE OF WYOMING

---

I, Shawna Goetz, Clerk of the Supreme Court of the State of Wyoming, hereby certify that, according to the records of my office:

**Elisabeth Ann Hutchinson**

was, on the 25th day of October, 2016, duly admitted and licensed to practice as an attorney and counselor at law in all the courts of Wyoming, and is currently an active member of the Wyoming State Bar in good standing.

Given under my hand and the seal of said Court this 5th day of July, 2023.



Shawna Goetz, Clerk





**Attorney Registration and Disciplinary Commission
of the
Supreme Court of Illinois
www.iardc.org**

One Prudential Plaza
130 East Randolph Drive, Suite 1500
Chicago, IL 60601-6219
(312) 565-2600 (800) 826-8625
Fax (312) 565-2320

3161 West White Oaks Drive
Suite 301
Springfield, IL 62704
(217) 522-6838 (800) 252-8048
Fax (217) 522-2417

Chicago
7/5/2023

Re: Elisabeth Ann Hutchinson
Attorney No. 6338043

To Whom It May Concern:

The records of the Clerk of the Supreme Court of Illinois and this office reflect that Elisabeth Ann Hutchinson was admitted to practice law in Illinois on 9/27/2022; is currently registered on the master roll of attorneys entitled to practice law in this state; has never been disciplined and is in good standing.

Very truly yours,
Jerome Larkin
Administrator

By: _____
Andrew Oliva
Registrar