UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

MICHAEL MCGINNIS and CYNDY BOULTON, individually, and on behalf of all others similarly situated;

Plaintiff(s)

v.

Community.Com, Inc.

Defendant(s).

CASE NUMBER

2:23-cv-02426-SB-JPR

**(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE***

The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by

Hutchinson, Elisabeth A.
*Applicant's Name (Last Name, First Name & Middle Initial)*

303-592-5678
*Telephone Number*

303-592-1510
*Fax Number*

EHutchinson@mofo.com
*E-Mail Address*

of

Morrison Foerster
370 17th Street, Suite 4200
Denver, CO 80202

*Firm/Agency Name & Address*

for permission to appear and participate in this case on behalf of

Community.Com, Inc.

*Name(s) of Party(ies) Represented*

☐ *Plaintiff(s)*   ☒ *Defendant(s)*   ☐ *Other:* _____

and designating as Local Counsel

Thomas, Nancy R.
*Designee's Name (Last Name, First Name & Middle Initial)*

236185
*Designee's Cal. Bar No.*

213-892-5000
*Telephone Number*

213-892-5454
*Fax Number*

NThomas@mofo.com
*E-Mail Address*

of

Morrison Foerster
707 Wilshire Blvd., Suite 6000
Los Angeles, CA 90017-3543

*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☐ GRANTED.
☐ DENIED: ☐ for failure to pay the required fee.
   ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
   ☐ for failure to complete Application: _____
      ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
      ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office in District.
      ☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded   ☐ not be refunded.

Dated _____

_____
U.S. District Judge/U.S. Magistrate Judge