UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL MCGINNIS and CYNDY BOULTON, individually, and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>COMMUNITY.COM, INC.,<br><br>Defendants. | Case No. 2:23-cv-02426-SB-JPR<br><br>**[PROPOSED] ORDER GRANTING COMMUNITY.COM, INC.'S MOTION TO DISMISS**<br><br>Date:     August 11, 2023<br>Time:    8:30 a.m.<br>Court:   Courtroom 6C<br>Judge:   Hon. Stanley Blumenfeld, Jr.<br><br>Date Action Filed:  March 31, 2023<br>Trial Date:              Not Yet Set |

1

1 | Defendant Community.com, Inc.'s ("Community") Motion to Dismiss the Class
2 | Action Complaint came on for hearing before this Court on August 11, 2023.  All
3 | parties were represented by counsel.
4 | Having read and considered the motion, the supporting and opposing papers,
5 | the argument of counsel, and other pleadings and papers on file in this action,
6 | Community's Motion to Dismiss Class Action Complaint is **GRANTED**.

**IT IS SO ORDERED.**

Dated:

_____
Stanley Blumenfeld, Jr.
United States District Judge