# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

MICHAEL MCGINNIS and CYNDY BOULTON, individually, and on behalf of all others similarly situated;

Plaintiff(s)

v.

Community.Com, Inc.

Defendant(s).

CASE NUMBER: 2:23-cv-02426-SB-JPR

(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*

The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by

Applicant's Name: Hutchinson, Elisabeth A.
Telephone Number: 303-592-5678
Fax Number: 303-592-1510
E-Mail Address: EHutchinson@mofo.com
Firm/Agency Name & Address: Morrison Foerster, 370 17th Street, Suite 4200, Denver, CO 80202

for permission to appear and participate in this case on behalf of Community.Com, Inc.

Name(s) of Party(ies) Represented: [x] Defendant(s)

and designating as Local Counsel:
Designee's Name: Thomas, Nancy R.
Designee's Cal. Bar No.: 236185
Telephone Number: 213-892-5000
Fax Number: 213-892-5454
E-Mail Address: NThomas@mofo.com
Firm/Agency Name & Address: Morrison Foerster, 707 Wilshire Blvd., Suite 6000, Los Angeles, CA 90017-3543

**HEREBY ORDERS THAT the Application be:**

[x] GRANTED.
[ ] DENIED:
  [ ] for failure to pay the required fee.
  [ ] for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
  [ ] for failure to complete Application: _____
    [ ] pursuant to L.R. 83-2.1.3.2: [ ] Applicant resides in California; [ ] previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
    [ ] pursuant to L.R. 83-2.1.3.4; Local Counsel: [ ] is not member of Bar of this Court; [ ] does not maintain office in District.
  [ ] because _____

IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid: [ ] be refunded [x] not be refunded.

Dated: July 14, 2023

*(signature)*

U.S. District Judge/~~U.S. Magistrate Judge~~

G-64 ORDER (5/16)   (PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*   Page 1 of 1