Graham B. LippSmith (SBN 221984)
g@lippsmith.com
MaryBeth LippSmith (SBN 223573)
mb@lippsmith.com
Jaclyn L. Anderson (SBN 258609)
jla@lippsmith.com
**LIPPSMITH LLP**
555 S. Flower Street, Suite 4400
Los Angeles, California 90071
Tel: (213) 344-1820 / Fax: (213) 513-2495

Jeremy M. Glapion
*Admitted Pro Hac Vice*
jmg@glapionlaw.com
**GLAPION LAW FIRM**
1704 Maxwell Drive
Wall, New Jersey 07719
Tel: (732) 455-9737 / Fax: (732) 965-8006

Jason T. Dennett (WSBA #30686)
*Admitted Pro Hac Vice*
jdennett@tousley.com
Kaleigh N. Boyd (WSBA #52684)
*Admitted Pro Hac Vice*
kboyd@tousley.com
**TOUSLEY BRAIN STEPHENS PLLC**
1200 Fifth Avenue, Suite 1700
Seattle, Washington 98101-3147
Tel: (206) 682-5600 / Fax: (206) 682-2992

Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MICHAEL MCGINNIS and CYNDY BOULTON, individually, and on behalf of all others similarly situated;<br><br>          Plaintiffs,<br><br>v.<br><br>COMMUNITY.COM, INC.;<br><br>          Defendant. | Civil Case No.: 2:23-cv-02426-SB-JPR<br><br>**STIPULATION TO STAY CLAIMS OF MICHAEL MCGINNIS PENDING WITHDRAWAL OF COUNSEL AND/OR DISMISSAL** |

1

**STIPULATION TO STAY CLAIMS OF MICHAEL MCGINNIS PENDING WITHDRAWAL OF COUNSEL AND/OR DISMISSAL**

On March 31, 2023, Plaintiffs Michael McGinnis and Cyndy Boulton ("Plaintiffs") filed, the instant matter. [Dkt. 1.] Shortly thereafter, Defendant Community.com, Inc. ("Defendant" or "Community"), provided information to Plaintiffs' counsel indicating that Plaintiff McGinnis appears to have accepted Community's Terms of Use, which contain an arbitration agreement. Accordingly, Plaintiffs' counsel do not intend to continue prosecuting this action on Plaintiff McGinnis' behalf in this forum.

Plaintiffs' counsel has been unable to reach Plaintiff McGinnis for consent to dismiss his claims without prejudice. Plaintiffs' counsel has placed numerous calls, sent numerous emails, and sent physical mail to reach Plaintiff McGinnis. Plaintiff McGinnis has not responded to any of those efforts.

Accordingly, the Parties respectfully request that Plaintiff McGinnis' claims be stayed for 70 days so that Plaintiffs' counsel can complete final attempts to reach Plaintiff McGinnis and Plaintiffs' counsel can file their planned Motion to Withdraw as his counsel if he continues to be non-responsive and the Court can rule on that Motion. Plaintiffs' counsel intends to file a Motion to Withdraw as Plaintiff McGinnis' counsel by July 19, 2023 and will do so no later than fourteen days after the Court issues its Order on the Parties' stipulated stay.

The Parties further request that the Court include in its Order on the Parties' stipulated stay that Plaintiff McGinnis must appear at or before the hearing on the Motion to Withdraw or his claims will be dismissed from the action without prejudice if the Court grants the Motion to Withdraw. Plaintiffs' counsel shall also be ordered to serve notice of any such Order and its Motion to Withdraw on Plaintiff McGinnis by overnight mail and file proof of service with the Court.

The requested 70-day stay will allow time for: a) the Court to consider this stipulation and issue an Order (7 days); b) Plaintiffs' counsel to make further attempts to reach Plaintiff McGinnis and if they cannot reach him, draft the Motion

to Withdraw (additional 14 days); c) Plaintiffs' counsel to file and the Court to consider their planned Motion to Withdraw (additional 28 days); and d) Community to prepare a motion to compel arbitration if Plaintiff McGinnis appears and intends to proceed in the action (additional 21 days).

The Parties agree that this approach will avoid the need to burden the Court and Defendant with a motion to compel arbitration of McGinnis' claims unless and until he indicates that he plans to prosecute the action despite withdrawal of his counsel.

Dated:  July 17, 2023      **LIPPSMITH LLP**

By:  /s/ *Jaclyn L. Anderson*
GRAHAM B. LIPPSMITH
MARYBETH LIPPSMITH
JACLYN L. ANDERSON

**TOUSLEY BRAIN STEPHENS PLLC**
JASON T. DENNETT
KALEIGH N. BOYD

**GLAPION LAW FIRM, LLC**
JEREMY M. GLAPION

*Attorneys for Plaintiffs*

**MORRISON & FOERSTER LLP**

By:  /s/ *Nancy R. Thomas*
TIFFANY CHEUNG
MICHAEL BURSHTEYN
NANCY R. THOMAS

*Attorneys for Defendant*
COMMUNITY.COM

3
**STIPULATION TO STAY CLAIMS OF MICHAEL MCGINNIS PENDING WITHDRAWAL OF COUNSEL AND/OR DISMISSAL**

# ATTESTATION

Pursuant to Civil L.R. 5-4.3.4, I, Jaclyn L. Anderson, as the ECF user under whose credentials this document is filed, attest that concurrence in the filing of this document has been obtained from each of the other signatories.

I declare under penalty of perjury under the laws of California and the United States of America that the foregoing is true and correct.  Executed at Los Angeles, California this 17th day of July, 2023.

                               /s/ *Jaclyn L. Anderson*
                               JACLYN L. ANDERSON

**STIPULATION TO STAY CLAIMS OF MICHAEL MCGINNIS PENDING WITHDRAWAL OF COUNSEL AND/OR DISMISSAL**