1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MICHAEL MCGINNIS and CYNDY BOULTON, individually, and on behalf of all others similarly situated; <br><br>        Plaintiffs, <br> v. <br><br> COMMUNITY.COM, INC.; <br><br><br>       Defendant. | Case No. 2:23-cv-02426-SB-JPR <br><br> **[PROPOSED] ORDER STAYING CLAIMS OF PLAINTIFF MCGINNIS** |

Based on the Stipulation to Stay Claims of Michael McGinnis Pending Withdrawal of Counsel and/or Dismissal, and for good cause shown, the Court hereby ORDERS as follows:

- Plaintiff McGinnis' claims and associated deadlines pertaining only to those claims are hereby STAYED for seventy (70) days;

- No later than fourteen (14) days from the date of this Order, Plaintiffs' counsel shall dismiss Plaintiff McGinnis' claims or file a motion to withdraw as counsel for Plaintiff McGinnis;

- Plaintiff McGinnis must enter an appearance before the hearing on any forthcoming motion to withdraw or appear at that hearing. Otherwise, his claims will be dismissed from the action without prejudice if said Motion is granted; and

- Plaintiffs' counsel shall serve this Order and any Motion to Withdraw on Plaintiff McGinnis via overnight mail and file proof of service with the Court.

**IT IS SO ORDERED.**

Dated:  <Select>

_____

Stanley Blumenfeld, Jr.
United States District Judge