1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL MCGINNIS and CYNDY BOULTON, individually, and on behalf of all others similarly situated;<br><br>Plaintiffs,<br><br>v.<br><br>COMMUNITY.COM, INC.;<br><br>Defendant. | Civil Case No.: 2:23-cv-02426-SB-JPR<br><br>**ORDER GRANTING STIPULATION TO DISMISS CLAIMS BASED ON DISMISSAL IN PRIOR RELATED MATTER** |

1

Based on the Stipulation to Dismiss Claims Based on Dismissal in Prior Related Matter, Dkt. No. 28, the Court hereby ORDERS as follows:

- Plaintiffs' First Cause of Action for Violations of CIPA, California Penal Code § 631, is dismissed without leave to amend on the same terms and for the reasons stated in the Court's August 2, 2021 Order granting in part and denying in part the Motion to Dismiss filed in *Adler v. Community.com, Inc.*, 21-cv-2416 (C.D. Cal.) [*Adler* Dkt. No. 32] (the *Adler* Order);
- Plaintiffs' Fourth Cause of Action for Violations of ECPA, 18 U.S.C. § 2511(1)(a), is dismissed without leave to amend on the same terms and for the reasons stated in the *Adler* Order;
- The parties' arguments made with respect to these CIPA and ECPA claims in the *Adler* Motion to Dismiss briefing and oral argument are incorporated by reference and preserved;
- Should discovery on any remaining claims that survive Defendant's forthcoming motion to dismiss reveal information that would cure the legal deficiencies identified in the *Adler* Order, Plaintiffs may seek leave to amend the operative complaint; and
- Unless such leave is granted, discovery will relate only to the remaining claims, if any, that survive Defendant's forthcoming motion to dismiss.

**IT IS SO ORDERED.**

Dated: July 17, 2023

_____
Stanley Blumenfeld, Jr.
United States District Judge