Graham B. LippSmith (SBN 221984)
g@lippsmith.com
MaryBeth LippSmith (SBN 223573)
mb@lippsmith.com
Jaclyn L. Anderson (SBN 258609)
jla@lippsmith.com
**LIPPSMITH LLP**
555 S. Flower Street, Suite 4400
Los Angeles, California 90071
Tel: (213) 344-1820 / Fax: (213) 513-2495

Jeremy M. Glapion
*Admitted Pro Hac Vice*
jmg@glapionlaw.com
**GLAPION LAW FIRM**
1704 Maxwell Drive
Wall, New Jersey 07719
Tel: (732) 455-9737 / Fax: (732) 965-8006

Jason T. Dennett (WSBA #30686)
*Admitted Pro Hac Vice*
jdennett@tousley.com
Kaleigh N. Boyd (WSBA #52684)
*Admitted Pro Hac Vice*
kboyd@tousley.com
**TOUSLEY BRAIN STEPHENS PLLC**
1200 Fifth Avenue, Suite 1700
Seattle, Washington 98101-3147
Tel: (206) 682-5600 / Fax: (206) 682-2992

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL MCGINNIS and CYNDY BOULTON, individually, and on behalf of all others similarly situated;<br><br>Plaintiffs,<br><br>v.<br><br>COMMUNITY.COM, INC.;<br><br>Defendant. | Civil Case No.: 2:23-cv-02426-SB-JPR<br><br>**STIPULATION FOR ONE-WEEK CONTINUANCE OF MOTION TO DISMISS HEARING AND SETTING BRIEFING SCHEDULE**<br><br>Current Hearing Date: August 11, 2023<br>Current Response Date: July 21, 2023<br><br>Proposed Hearing Date: August 18, 2023<br>Proposed Response Date: July 27, 2023 |

1
**STIPULATION FOR ONE-WEEK CONTINUANCE OF MOTION TO DISMISS HEARING AND BRIEFING SCHEDULE**

Defendant Community.com, Inc. ("Defendant") filed a Motion to Dismiss ("Motion") on July 14, 2023. Dkt. 32. The hearing for Defendant's Motion is noticed for August 11, 2023. *Id.* The current deadline for Plaintiff Cyndy Boulton ("Plaintiff") to respond to the Motion is July 21, 2023.

Plaintiff's counsel requested an additional week to brief a response to the Motion and to facilitate lead counsel's appearance at the hearing for the Motion due to pre-planned summer travel. The Parties conferred, and Defendant does not oppose this request.

The Parties further conferred about the briefing schedule for Defendant's Motion and agree that based on the new hearing date, Plaintiff will file an opposition on or before July 27, 2023, which is more than the 21 days prior to the continued hearing date required by Local Rule 7-9. The Parties further agree that Defendant will file any reply in further support of the Motion on or before August 4, 2023, which is 14 days prior to the continued hearing date as required by Local Rule 7-10.

Therefore, there is good cause to continue the hearing for Defendant's Motion by one week to allow additional time for a response to the Motion and appearance by Plaintiff's lead counsel at the hearing.

Thus, the Parties stipulate to the following:

- That Plaintiff's response to the Motion be due on or before July 27, 2023;
- That Defendant's reply in further support of the Motion be due on or before August 4, 2023; and
- That the hearing date for the Motion be continued by one week to August 18, 2023 at 8:30 a.m.

Dated: July 19, 2023               **LIPPSMITH LLP**

                          By:   /s/ *Graham B. LippSmith*

2

**STIPULATION FOR ONE-WEEK CONTINUANCE OF MOTION TO DISMISS HEARING AND SETTING BRIEFING SCHEDULE**

GRAHAM B. LIPPSMITH
MARYBETH LIPPSMITH
JACLYN L. ANDERSON

**TOUSLEY BRAIN STEPHENS PLLC**
JASON T. DENNETT
KALEIGH N. BOYD

**GLAPION LAW FIRM, LLC**
JEREMY M. GLAPION

*Attorneys for Plaintiffs*


**MORRISON & FOERSTER LLP**

By:   /s/ *Nancy R. Thomas*
      NANCY R. THOMAS
      TIFFANY CHEUNG
      MICHAEL BURSHTEYN

*Attorneys for Defendant*
COMMUNITY.COM

3

**STIPULATION FOR ONE-WEEK CONTINUANCE OF MOTION TO DISMISS HEARING AND SETTING BRIEFING SCHEDULE**

# ATTESTATION

Pursuant to Civil L.R. 5-4.3.4, I, Graham B. LippSmith, as the ECF user under whose credentials this document is filed, attest that concurrence in the filing of this document has been obtained from each of the other signatories.

I declare under penalty of perjury under the laws of California and the United States of America that the foregoing is true and correct. Executed at Los Angeles, California this 19th day of July, 2023.

>   /s/ *Graham B. LippSmith*
>   GRAHAM B. LIPPSMITH