1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MICHAEL MCGINNIS and CYNDY BOULTON, individually, and on behalf of all others similarly situated;<br><br>Plaintiffs,<br>v.<br><br>COMMUNITY.COM, INC.;<br><br>Defendant. | Case No. 2:23-cv-02426-SB-JPR<br><br>**[PROPOSED] ORDER CONTINUING MOTION TO DISMISS HEARING AND SETTING BRIEFING SCHEDULE** |

1

1  Based on the Stipulation for One-Week Continuance of Motion to Dismiss

2  Hearing and Setting Briefing Schedule, and for good cause shown, the Court hereby

3  ORDERS as follows:

4  • Plaintiff Cyndy Boulton ("Plaintiff") shall have up to and

5  including July 27, 2023 to file her response to Defendant

6  Community.com, Inc.'s ("Defendant") Motion to Dismiss

7  ("Motion");

8  • Defendant shall have up to and including August 4, 2023 to file its

9  reply in further support of the Motion; and

10  • The Motion will be heard on August 18, 2023 at 8:30 a.m.

11  **IT IS SO ORDERED.**

12

13  Dated:  <Select>

14

15  Stanley Blumenfeld, Jr.
United States District Judge

16

17

18

19

20

21

22

23

24

25

26

27

28

1  2