**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MICHAEL MCGINNIS and CYNDY BOULTON, individually, and on behalf of all others similarly situated;<br><br>Plaintiffs,<br><br>v.<br><br>COMMUNITY.COM, INC.;<br><br>Defendant. | Case No. 2:23-cv-02426-SB-JPR<br><br>**ORDER CONTINUING MOTION TO DISMISS HEARING AND SETTING BRIEFING SCHEDULE (<u>AS MODIFIED BELOW</u>)** |

Based on the Stipulation for One-Week Continuance of Motion to Dismiss Hearing and Setting Briefing Schedule, Dkt. No. 38, the Court hereby ORDERS as follows:

- Plaintiff Cyndy Boulton (Plaintiff) shall have up to and including July 26, 2023 to file her response to Defendant Community.com, Inc.'s (Defendant) Motion to Dismiss (Motion);
- Defendant shall have up to and including August 2, 2023 to file its reply in further support of the Motion; and
- The Motion will be heard on August 18, 2023 at 8:30 a.m. in Courtroom 6C.

**IT IS SO ORDERED.**

Dated:  July 19, 2023



_____
Stanley Blumenfeld, Jr.
United States District Judge