UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No.: | 2:23-cv-02426-SB-JPR | Date: | July 21, 2023 |
|---|---|---|---|

| Title: | *Michael McGinnis et al v. Community.com, Inc.* |
|---|---|

| Present: The Honorable | STANLEY BLUMENFELD, JR., U.S. District Judge |
|---|---|

| Yolanda Skipper | Amy Diaz |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Defendant(s): | Attorney(s) Present for Plaintiff(s): |
|---|---|
| Nancy R. Thomas | Graham LippSmith |
| | Jason T. Dennett |

**Proceedings:** [Minutes of] Mandatory Scheduling Conference (Held and Completed)

Case called and appearances made. The Court heard from the parties on the contents of their joint Rule 26(f) report. The Court will issue a separate Case Management Order.

As discussed on the record, the Court orders the parties to exchange initial disclosures no later than July 28, 2023.

:05