Graham B. LippSmith (SBN 221984)
g@lippsmith.com
MaryBeth LippSmith (SBN 223573)
mb@lippsmith.com
Jaclyn L. Anderson (SBN 258609)
jla@lippsmith.com
**LIPPSMITH LLP**
555 S. Flower Street, Suite 4400
Los Angeles, California 90071
Tel: (213) 344-1820 / Fax: (213) 513-2495

Jeremy M. Glapion
*Admitted Pro Hac Vice*
jmg@glapionlaw.com
**GLAPION LAW FIRM**
1704 Maxwell Drive
Wall, New Jersey 07719
Tel: (732) 455-9737 / Fax: (732) 965-8006

Jason T. Dennett (WSBA #30686)
*Admitted Pro Hac Vice*
jdennett@tousley.com
Kaleigh N. Boyd (WSBA #52684)
*Admitted Pro Hac Vice*
kboyd@tousley.com
**TOUSLEY BRAIN STEPHENS PLLC**
1200 Fifth Avenue, Suite 1700
Seattle, Washington 98101-3147
Tel: (206) 682-5600 / Fax: (206) 682-2992

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL MCGINNIS and CYNDY BOULTON, individually, and on behalf of all others similarly situated;<br><br>Plaintiffs,<br>v.<br><br>COMMUNITY.COM, INC.;<br><br>Defendant. | Civil Case No.: 2:23-cv-02426-SB-JPR<br><br>**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i); [PROPOSED] ORDER**<br><br>Court:   Courtroom 6C<br>Judge:   Hon. Stanley Blumenfeld, Jr.<br><br>Date Action Filed:   March 31, 2023<br>Trial Date:   August 5, 2024 |

# NOTICE OF VOLUNTARY DISMISSAL
# PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)

NOTICE IS HEREBY GIVEN that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Michael McGinnis hereby voluntarily dismisses his claims in this action. Defendant Community.com, Inc. has not served an answer or motion for summary judgment in this action. Accordingly, Plaintiff McGinnis notices the voluntary dismissal of his claims in this action, without prejudice. *See* Fed. R. Civ. P. 41(a)(1)(B).

Dated: July 27, 2023        **LIPPSMITH LLP**

By:    /s/ *Graham B. LippSmith*
        GRAHAM B. LIPPSMITH
        MARYBETH LIPPSMITH
        JACLYN L. ANDERSON

**TOUSLEY BRAIN STEPHENS PLLC**
JASON T. DENNETT
KALEIGH N. BOYD

**GLAPION LAW FIRM, LLC**
JEREMY M. GLAPION

*Attorneys for Plaintiffs*