1

2

3

4

5

6

7

8

9

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

10

| | |
|---|---|
| MICHAEL MCGINNIS and CYNDY BOULTON, individually, and on behalf of all others similarly situated; <br><br>         Plaintiffs, <br> v. <br><br> COMMUNITY.COM, INC.; <br><br>         Defendant. | Civil Case No.: 2:23-cv-02426-SB-JPR <br><br> **[PROPOSED] ORDER DISMISSING THE CLAIMS OF PLAINTIFF MICHAEL MCGINNIS** <br><br> Court:    Courtroom 6C <br> Judge:   Hon. Stanley Blumenfeld, Jr. <br><br> Date Action Filed:   March 31, 2023 <br> Trial Date:         August 5, 2024 |

11

12

13

14

15

16

17

18

19

20

21

1

**[PROPOSED] ORDER DISMISSING THE CLAIMS**

**OF PLAINTIFF MICHAEL MCGINNIS**

Based on the Notice of Voluntary Dismissal Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) filed by counsel for Plaintiff Michael McGinnis, the Court hereby ORDERS as follows:

The claims of Plaintiff Michael McGinnis in this action are hereby dismissed, without prejudice.

**IT IS SO ORDERED.**

Dated:  <Select>

_____
Stanley Blumenfeld, Jr.
United States District Judge