# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL MCGINNIS and CYNDY BOULTON, individually, and on behalf of all others similarly situated;<br><br>      Plaintiffs,<br>v.<br><br>COMMUNITY.COM, INC.;<br><br>      Defendant. | Civil Case No.: 2:23-cv-02426-SB-JPR<br><br>**ORDER DISMISSING THE CLAIMS OF PLAINTIFF MICHAEL MCGINNIS**<br><br>Court:    Courtroom 6C<br>Judge:   Hon. Stanley Blumenfeld, Jr.<br><br>Date Action Filed:   March 31, 2023<br>Trial Date:              August 5, 2024 |

# ORDER DISMISSING THE CLAIMS

# OF PLAINTIFF MICHAEL MCGINNIS

Based on the Notice of Voluntary Dismissal Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) filed by counsel for Plaintiff Michael McGinnis, the Court hereby ORDERS as follows:

The claims of Plaintiff Michael McGinnis in this action are hereby dismissed without prejudice.

**IT IS SO ORDERED.**

Dated: July 28, 2023

_____
Stanley Blumenfeld, Jr.
United States District Judge