TIFFANY CHEUNG (CA SBN 211497)
TCheung@mofo.com
MICHAEL BURSHTEYN (CA SBN 295320)
MBurshteyn@mofo.com
EMANI N. OAKLEY (CA SBN 347705)
EOakley@mofo.com
MORRISON & FOERSTER LLP
425 Market Street,
San Francisco, California  94105-2482
Telephone:  415.268.7000
Facsimile:   415.268.7522

NANCY R. THOMAS (CA SBN 236185)
NThomas@mofo.com
MORRISON & FOERSTER LLP
707 Wilshire Boulevard, Suite 6000
Los Angeles, California 90017-3543
Telephone:  213.892.5200
Facsimile:   213.892.5454

ELISABETH HUTCHINSON (Pro Hac Vice)
EHutchinson@mofo.com
MORRISON & FOERSTER LLP
7370 Seventeenth Street
4200 Republic Plaza
Denver, Colorado 80202-5638
Telephone:  303.592.1500
Facsimile:   303.592.1510

Attorneys for Defendant
COMMUNITY.COM, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL MCGINNIS and CYNDY BOULTON, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>COMMUNITY.COM, INC.,<br><br>Defendant. | Case No. 2:23-cv-02426-SB-JPR<br><br>**STIPULATION THAT COURT'S PRIOR ORDER DISMISSING CERTAIN CLAIMS APPLIES TO FIRST AMENDED COMPLAINT AND TO RESUBMIT COMMUNITY.COM'S FULLY BRIEFED MOTION TO DISMISS**<br><br>Courtroom:  6C<br>Judge:  Hon. Stanley Blumenfeld, Jr.<br><br>Action Filed:  March 31, 2023<br>Trial Date:  August 5, 2024 |

Plaintiff Cyndy Boulton and Defendant Community.com, Inc. (Community) (collectively, the "Parties"), by and through their undersigned counsel, hereby stipulate and agree as follows:

WHEREAS, on July 17, 2023, the Court issued an Order granting the Parties' Stipulation to Dismiss Claims Based on Dismissal in Prior Related Matter and dismissing Plaintiff's CIPA section 631 and ECPA claims without leave to amend, with further details as stated in the Order.  (ECF No. 36.)

WHEREAS Defendant Community's Motion to Dismiss the Complaint for lack of subject matter jurisdiction and failure to state a claim as to the remaining two causes of action was filed on July 14, 2023, is fully briefed, and was set for hearing on August 18, 2023;

WHEREAS, on August 4, 2023, the Court ordered the Parties to show cause why it should not decline to exercise supplemental jurisdiction over Plaintiff's state law claims after the Court's dismissal of Plaintiff's ECPA claim.  (ECF No. 48.)  In response, Plaintiff requested leave to amend the complaint to plead diversity jurisdiction under the Class Action Fairness Act (CAFA).  Community did not oppose the request, including based on the liberal standard for amendments to the pleading at this early stage.  (ECF No. 50.)

WHEREAS, on August 15, 2023, the Court issued an Order declining to exercise supplemental jurisdiction over the state law claims, but granting Plaintiff leave to amend the complaint to plead CAFA jurisdiction.  (ECF No. 51.)

WHEREAS the Court further ordered that if Plaintiff files the first amended complaint by August 19, 2023, "the parties may file a stipulation (1) stating the parties' intent to resubmit the motion to dismiss, the opposition thereto, and the reply as filed (which will then be treated as a fully briefed motion to dismiss the first amended complaint) and (2) request to have the matter heard on September 15, 2023."  (*Id.* at 2.)

1       WHEREAS, on August 19, 2023, Plaintiff timely filed her First Amended
2  Complaint adding allegations regarding subject matter jurisdiction under CAFA,
3  but leaving the remaining allegations and the paragraph numbers of the remaining
4  allegations unchanged.  (ECF No. 53.)
5       WHEREAS, in accordance with the Court's Order, the Parties stipulate
6  to: a) have the Court's Order dismissing Plaintiff's ECPA and CIPA section 631
7  claims (ECF No. 36) apply to the same claims alleged in the First Amended
8  Complaint; and b) resubmit Community's motion to dismiss, Plaintiff's
9  opposition, and Community's reply as filed (ECF Nos. 32, 44, 47) to be treated as
10 a fully briefed motion to dismiss Plaintiff's First Amended Complaint.
11      The Parties further request that the hearing on the motion to dismiss be set
12 for September 15, 2023.
13      NOW THEREFORE, it is agreed and stipulated, subject to the approval of
14 the Court, that
15   1. The Court's Order Granting Stipulation to Dismiss Claims Based on
16      Dismissal in Prior Related Action applies to Plaintiff's First Amended
17      Complaint.  The Causes of Action for Violations of CIPA, California Penal
18      Code § 631, and for Violations of ECPA, 18 U.S.C. § 2511(1)(a), in the
19      First Amended Complaint, are dismissed without leave to amend on the
20      same terms and for the reasons stated in the Court's Order Granting
21      Stipulation to Dismiss Claims Based on Dismissal in Prior Related Action
22      (ECF No. 36);
23   2. Community's Motion to Dismiss and the Parties' briefing on that Motion
24      (ECF Nos. 32, 44, 47), are resubmitted as filed to be treated as a fully
25      briefed motion to dismiss the First Amended Complaint; and
26   3. Community's Motion to Dismiss the remaining claims in the First
27      Amended Complaint will be heard on September 15, 2023 at 8:30 a.m.
28

Dated: August 23, 2023        MORRISON & FOERSTER LLP

By: */s/ Nancy R. Thomas*
　　　Nancy R. Thomas

*Attorneys for Defendant*
COMMUNITY.COM, INC.

Dated: August 23, 2023        LIPPSMITH LLP

By: */s/ Graham B. LippSmith*
　　　Graham B. LippSmith

*Attorneys for Plaintiff*
CYNDY BOULTON

## ATTESTATION

Pursuant to Civil L.R. 5-4.3.4, I, Nancy Thomas, as the ECF user under whose credentials this document is filed, attest that concurrence in the filing of this document has been obtained from each of the other signatories. I further attest that I have on file all holographic signatures corresponding to any signatures indicated by a conformed signature within this e-filed document. I declare under penalty of perjury under the laws of California and the United States of America that the foregoing is true and correct. Executed at Los Angeles, California this 23rd day of August 2023.

　　　　　　　　　　　　　　　　　　　　　　*/s/ Nancy R. Thomas*
　　　　　　　　　　　　　　　　　　　　　　　Nancy R. Thomas