```
TIFFANY CHEUNG (CA SBN 211497)
TCheung@mofo.com
MICHAEL BURSHTEYN (CA SBN 295320)
MBurshteyn@mofo.com
EMANI N. OAKLEY (CA SBN 347705)
EOakley@mofo.com
MORRISON & FOERSTER LLP
425 Market Street,
San Francisco, California 94105-2482
Telephone:  415.268.7000
Facsimile:  415.268.7522

NANCY R. THOMAS (CA SBN 236185)
NThomas@mofo.com
MORRISON & FOERSTER LLP
707 Wilshire Boulevard, Suite 6000
Los Angeles, California 90017-3543
Telephone: 213.892.5200
Facsimile: 213.892.5454

ELISABETH HUTCHINSON (*Pro Hac Vice*)
EHutchinson@mofo.com
MORRISON & FOERSTER LLP
7370 Seventeenth Street
4200 Republic Plaza
Denver, Colorado 80202-5638
Telephone: 303.592.1500
Facsimile: 303.592.1510

Attorneys for Defendant
COMMUNITY.COM, INC.
```

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL MCGINNIS and CYNDY BOULTON, individually, and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>COMMUNITY.COM, INC.,<br><br>Defendant. | Case No. 2:23-cv-02426-SB-JPR<br><br>**DEFENDANT COMMUNITY.COM, INC.'S STATEMENT OF RECENT DECISION RELATING TO MOTION TO DISMISS PLAINTIFF'S COMPLAINT**<br><br>Date:     September 15, 2023<br>Time:    8:30 a.m.<br>Court:    Courtroom 6C<br>Judge:   Hon. Stanley Blumenfeld, Jr.<br><br>Date Action Filed:   March 31, 2023<br>Trial Date:              August 5, 2024 |

1   Defendant Community.com, Inc. ("Community") submits this Statement of
2   Recent Decision to inform the Court of the recently issued decision in *Toston v.*
3   *JetBlue Airways Corp.*, No. 2:23-cv-01156-SVW-E, 2023 U.S. Dist. LEXIS
4   148675 (C.D. Cal. Aug. 23, 2023).  A true and correct copy of the decision is
5   attached as Exhibit A.  The *Toston* decision is relevant to the portion of
6   Community's Motion to Dismiss Plaintiffs' Complaint based on Rule 12(b)(1) of
7   the Federal Rules of Civil Procedure.  (ECF No. 32.)  The motion is fully briefed
8   and set for hearing on September 15, 2023.  (ECF No 55.)

Dated:  September 11, 2023            MORRISON & FOERSTER LLP

By:   */s/ Tiffany Cheung*
      Tiffany Cheung

***Attorneys for Defendant***
***Community.com, Inc.***