TIFFANY CHEUNG (CA SBN 211497)
TCheung@mofo.com
MICHAEL BURSHTEYN (CA SBN 295320)
MBurshteyn@mofo.com
EMANI N. OAKLEY (CA SBN 347705)
EOakley@mofo.com
MORRISON & FOERSTER LLP
425 Market Street,
San Francisco, California 94105-2482
Telephone:  415.268.7000
Facsimile:   415.268.7522

NANCY R. THOMAS (CA SBN 236185)
NThomas@mofo.com
MORRISON & FOERSTER LLP
707 Wilshire Boulevard, Suite 6000
Los Angeles, California 90017-3543
Telephone: 213.892.5200
Facsimile: 213.892.5454

ELISABETH HUTCHINSON (*Pro Hac Vice*)
EHutchinson@mofo.com
MORRISON & FOERSTER LLP
7370 Seventeenth Street
4200 Republic Plaza
Denver, Colorado 80202-5638
Telephone: 303.592.1500
Facsimile: 303.592.1510

Attorneys for Defendant
COMMUNITY.COM, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL MCGINNIS and CYNDY BOULTON, individually, and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>COMMUNITY.COM, INC.,<br><br>Defendant. | Case No. 2:23-cv-02426-SB (JPRx)<br><br>**NOTICE OF CHANGE OF LEAD COUNSEL FOR DEFENDANT COMMUNITY.COM, INC.**<br><br>Judge:   Hon. Stanley Blumenfeld, Jr.<br><br>Date Action Filed:   March 31, 2023<br>Trial Date:   August 5. 2024 |

In accordance with the Court's Standing Order for Civil Cases, Community.com, Inc. designates Tiffany Cheung, in place of Nancy Thomas, as lead counsel in this action.

Dated: September 12, 2023

MORRISON & FOERSTER LLP

By: */s/ Tiffany Cheung*
Tiffany Cheung

***Attorneys for Defendant
Community.com, Inc.***