1 | Graham B. LippSmith (SBN 221984)
g@lippsmith.com
2 | MaryBeth LippSmith (SBN 223573)
mb@lippsmith.com
3 | Jaclyn L. Anderson (SBN 258609)
jla@lippsmith.com
4 | **LIPPSMITH LLP**
5 | 555 S. Flower Street, Suite 4400
Los Angeles, California 90071
6 | Tel: (213) 344-1820 / Fax: (213) 513-2495

7 | Jeremy M. Glapion
*Admitted Pro Hac Vice*
8 | jmg@glapionlaw.com
**GLAPION LAW FIRM**
9 | 1704 Maxwell Drive
Wall, New Jersey 07719
10 | Tel: (732) 455-9737 / Fax: (732) 965-8006

11 |
Jason T. Dennett (WSBA #30686)
12 | *Admitted Pro Hac Vice*
jdennett@tousley.com
13 | Kaleigh N. Boyd (WSBA #52684)
*Admitted Pro Hac Vice*
14 | kboyd@tousley.com
**TOUSLEY BRAIN STEPHENS PLLC**
15 | 1200 Fifth Avenue, Suite 1700
Seattle, Washington 98101-3147
16 | Tel: (206) 682-5600 / Fax: (206) 682-2992

17 | Attorneys for Plaintiffs and the Class

18 | **UNITED STATES DISTRICT COURT**

19 | **CENTRAL DISTRICT OF CALIFORNIA**

20 |

MICHAEL MCGINNIS and CYNDY BOULTON, individually, and on behalf of all others similarly situated;

            Plaintiffs,

v.

COMMUNITY.COM, INC.;

            Defendant.

Civil Case No.: 2:23-cv-2426- SB-JPR

**PLAINTIFF CINDY BOULTON'S STATEMENT OF RECENT DECISION RELATING TO MOTION TO DISMISS PLAINTIFF'S COMPLAINT**

1    Plaintiff Cindy Boulton ("Plaintiff") submits this Statement of Recent Decision
2  to inform the Court of the September 7, 2023 Order on Motion to Dismiss issued by
3  Judge William H. Orrick in *Doe v. Meta Platforms, Inc.*,  No. 22-cv-03580-WHO
4  (N.D. Cal. Sept. 7, 2023).
5    Plaintiff attaches a true and correct copy of Judge Orrick's Order as Exhibit 1.
6    The *Doe v. Meta Platforms, Inc.* Order is relevant to the portion of Defendant
7  Community.com, Inc.'s Motion to Dismiss Plaintiff's Complaint where it argues that
8  Plaintiff fails to state a CIPA section 632 claim because "Community's software is not
9  a 'device.'" (ECF Nos. 32 & 56). *See Doe v. Meta Platforms, Inc.*, No. 22-cv-03580-
10 WHO at *10-11.
11   The motion is fully briefed and set for hearing on September 15, 2023. (ECF
12 No. 55).
13
14 Dated:  September 14, 2023             **LIPPSMITH LLP**
15
                              By:   /s/ *Graham B. LippSmith*
16                                  Graham B. LippSmith
                                    MaryBeth LippSmith
17                                  Jaclyn L. Anderson
18
                              **GLAPION LAW FIRM**
19
                              Jeremy M. Glapion
20                            *Admitted Pro Hac Vice*
21
                              **TOUSLEY BRAIN STEPHENS PLLC**
22
                              Jason T. Dennett
23                            *Admitted Pro Hac Vice*
24                            Kaleigh N. Boyd
                              *Admitted Pro Hac Vice*
25
26                            Attorneys for Plaintiff and the Class
27
28

1

**PLAINTIFF'S STATEMENT OF RECENT DECISION RE MOTION TO DISMISS**