JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| MICHAEL MCGINNIS et al.,<br><br>　　　Plaintiffs,<br><br>v.<br><br>COMMUNITY.COM, INC.,<br><br>　　　Defendant. | Case No. 2:23-cv-02426-SB-JPR<br><br><br>FINAL JUDGMENT |

For the reasons stated in the separate order granting Defendant Community.com, Inc.'s motion to dismiss entered this date, Plaintiff Cindy Boulton's California Penal Code §§ 632 and 632.7 claims against Defendant Community.com, Inc. are dismissed with prejudice on the merits. Plaintiff Michael McGinnis's California Penal Code §§ 632 and 632.7 claims are dismissed without prejudice. Dkt. No. 46. And Plaintiffs' California Penal Code § 631 and 18 U.S.C. § 2511(1)(a) claims are voluntarily dismissed. Dkt. No. 36 and Dkt. No. 55.

This judgment is final.

IT IS SO ORDERED.


Date: September 25, 2023

_____
Stanley Blumenfeld, Jr.
United States District Judge

1