UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No.: | 2:23-cv-02426-SB-JPR | Date: | September 15, 2023 |
|---|---|---|---|

| Title: | *Michael McGinnis et al v. Community.com, Inc.* |
|---|---|

| Present: The Honorable | STANLEY BLUMENFELD, JR., U.S. District Judge |
|---|---|

| Yolanda Skipper | Myra Ponce |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Defendant(s): | Attorney(s) Present for Plaintiff(s): |
|---|---|
| Tiffany Cheung | Graham LippSmith |
| | MaryBeth LippSmith |

**Proceedings:** [Minutes of] Motion to Dismiss (Dkt. No. 32) (Held and Completed)

Case called and appearances made. The Court heard argument on Defendant's Motion to Dismiss as reflected on the record.

:27