Name: Graham LippSmith; MaryBeth LippSmith; Jaclyn Anderson
Address: LIPPSMITH LLP - 555 S. Flower Street, Suite 3000
City, State, Zip: Los Angeles, CA 90071
Phone: (213) 344-1820
Fax: (213) 513-2495
E-Mail: g@lippsmith.com; mb@lippsmith.com; jla@lippsmith.com

☐ FPD   ☐ Appointed   ☐ CJA   ☐ Pro Per   ☒ Retained

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

CYNDY BOULTON, et al.,

PLAINTIFF(S),

v.

COMMUNITY.COM, INC.,

DEFENDANT(S).

CASE NUMBER: 2:23-cv-02426-SB-JPR

**NOTICE OF APPEAL**

NOTICE IS HEREBY GIVEN that _Plaintiff Cyndi Boulton_ hereby appeals to the United States Court of Appeals for the Ninth Circuit from:

*Name of Appellant*

**Criminal Matter**

☐ Conviction only [F.R.Cr.P. 32(j)(1)(A)]
☐ Conviction and Sentence
☐ Sentence Only (18 U.S.C. 3742)
☐ Pursuant to F.R.Cr.P. 32(j)(2)
☐ Interlocutory Appeals
☐ Sentence imposed:

☐ Bail status:

**Civil Matter**

☐ Order (specify):

☒ Judgment (specify):
   Final Judgment (Dkt. 61)

☐ Other (specify):

Imposed or Filed on _09/25/23_. Entered on the docket in this action on _09/26/23_.

A copy of said judgment or order is attached hereto.

October 24, 2023                           /s/ Graham B. LippSmith
Date                                       Signature
                                           ☐ Appellant/ProSe   ☒ Counsel for Appellant   ☐ Deputy Clerk

**Note:** The Notice of Appeal shall contain the names of all parties to the judgment or order and the names and addresses of the attorneys for each party. Also, if not electronically filed in a criminal case, the Clerk shall be furnished a sufficient number of copies of the Notice of Appeal to permit prompt compliance with the service requirements of FRAP 3(d).