# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## Form 6. Representation Statement

*Instructions for this form: http://www.ca9.uscourts.gov/forms/form06instructions.pdf*

**Appellant(s)** *(List **each** party filing the appeal, do not use "et al." or other abbreviations.)*

Name(s) of party/parties:

| |
|---|
| Plaintiff Cyndi Boulton |

Name(s) of counsel (if any):

| |
|---|
| Graham B. LippSmith<br>MaryBeth LippSmith<br>Jaclyn L. Anderson |

Address: 555 S. Flower Street, Suite 3000, Los Angeles, CA 90071

Telephone number(s): (213) 344-1820

Email(s): g@lippsmith.com; mb@lippsmith.com; jla@lippsmith.com

Is counsel registered for Electronic Filing in the 9th Circuit?   ⦿ Yes   ○ No

**Appellee(s)** *(List only the names of parties and counsel who will oppose you on appeal. List separately represented parties separately.)*

Name(s) of party/parties:

| |
|---|
| Defendant Community.com, Inc. |

Name(s) of counsel (if any):

| |
|---|
| Tiffany Cheung<br>Michael Burshteyn<br> Emani N. Oakley |

Address: 425 Market Street, San Francisco, California 94105

Telephone number(s): 415.268.7000

Email(s): TCheung@mofo.com; MBurshteyn@mofo.com; EOakley@mofo.com

*To list additional parties and/or counsel, use next page.*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

Continued list of parties and counsel: *(attach additional pages as necessary)*

**Appellants**

Name(s) of party/parties:

Plaintiff Cyndi Boulton

Name(s) of counsel (if any):

Jason T. Dennett; Kaleigh N. Boyd

Address: 1200 Fifth Avenue, Suite 1700, Seattle, Washington 98101

Telephone number(s): (206) 682-5600

Email(s): jdennett@tousley.com; kboyd@tousley.com

Is counsel registered for Electronic Filing in the 9th Circuit?   ☉ Yes   ○ No

**Appellees**

Name(s) of party/parties:

Defendant Community.com, Inc.

Name(s) of counsel (if any):

Elisabeth Hutchinson

Address: 4200 Republic Plaza, 370 Seventeenth Street, Denver, CO 80202

Telephone number(s): 303.592.1500

Email(s): EHutchinson@mofo.com

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

Continued list of parties and counsel: *(attach additional pages as necessary)*

**Appellants**

Name(s) of party/parties:

Plaintiff Cyndi Boulton

Name(s) of counsel (if any):

Jeremy M. Glapion

Address: 1704 Maxwell Drive, Wall, New Jersey 07719

Telephone number(s): (732) 455-9737

Email(s): jmg@glapionlaw.com

Is counsel registered for Electronic Filing in the 9th Circuit?   ○ Yes   ● No   Registration is forthcoming

**Appellees**

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 6**  2  *New 12/01/2018*