# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## TRANSCRIPT ORDER FORM

Please use one form per court reporter per case, and contact court reporter directly immediately after e-filing form.  *(Additional instructions on next page.)*

**COURT USE ONLY**
**DUE DATE:**

| | | |
|---|---|---|
| 1a. Contact Person for this Order: Niki Smith | 2a. Contact Phone Number: (213) 344-1820 | 3a. Contact E-mail Address: nbs@lippsmith.com |
| 1b. Attorney Name (if different): Graham B. LippSmith | 2b. Attorney Phone Number: (213) 344-1820 | 3b. Attorney E-mail Address: g@lippsmith.com |

**4. MAILING ADDRESS (INCLUDE LAW FIRM NAME, IF APPLICABLE)**
LIPPSMITH LLP
555 S. Flower Street, Suite 3000
Los Angeles, CA 90071

**5. Name & Role of Party Represented:** Plaintiff Cyndi Boulton

**6. Case Name:** Michael McGinnis, et al. v. Community.com, Inc.

**7a. District Court Case Number:** 2:23-cv-02426-SB-JPR
**7b. Appeals Court Case Number:** 23-3145

**8. INDICATE WHETHER PROCEEDING WAS** *(choose only one per form)*:
- ☐ DIGITALLY RECORDED
- ☒ TRANSCRIBED BY A COURT REPORTER; NAME OF COURT REPORTER: Myra Ponce

**9. THIS TRANSCRIPT ORDER IS FOR:** ☒ Appeal  ☐ Non-Appeal   ☐ Criminal  ☒ Civil   ☐ CJA  ☐ USA  ☐ FPD  ☐ In forma pauperis (Court order for transcripts must be attached)

**10. TRANSCRIPT(S) REQUESTED** (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested, format(s), and delivery type): *You MUST check the docket to see if the transcript has already been filed, and if so, provide the "Release of Transcript Restriction" date in column c, below.*

| Hearing Date | Minute Order Docket# (if available) | Judge (name) | Proceeding Type / Portion | Format | Release of Trans. Restriction Date | Delivery Type |
|---|---|---|---|---|---|---|
| 09/15/2023 | 66 | Blumenfeld | Motion to Dismiss | PDF (email) ● | 02/05/2024 | ORDINARY (30-day) |

**11. ADDITIONAL COMMENTS, INSTRUCTIONS, QUESTIONS, ETC.** *CJA Orders: Explain necessity of non-appeal orders, orders for transcripts of proceedings involving only a co-defendant, & special authorizations to be requested in Section 14 of CJA-24 Voucher (attach additional pages if needed).*

**12. ORDER & CERTIFICATION.** By signing below, I certify that I will pay all charges (deposit plus additional), or, where applicable, promptly take all necessary steps to secure payment under the Criminal Justice Act.

Date: November 7, 2023   Signature: s/ Graham B. LippSmith

G-120 (06/18)