UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

FEB 19 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| CYNDY BOULTON, individually, and on behalf of all others similarly situated, | No. 23-3145 |
| Plaintiff - Appellant, | D.C. No. 2:23-cv-02426-SB-JPR |
| v. | Central District of California, Los Angeles |
| COMMUNITY.COM, INC, | MANDATE |
| Defendant - Appellee. | |

The judgment of this Court, entered January 28, 2025, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT